JOSEPH COSTELLA & ASSOCIATES
Frances H. Yoshimura, Esq. (SBN: 124325)
Thomas A. Douvan, Esq. (SBN: 161954)
215 Lennon Lane, Suite 200
Walnut Creek, California 94598
T: (925) 945-4491
F: (925) 945-4454
E-mail: fyoshimu@spt.com

Attorneys for Defendant
THE NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION - AMES RESEARCH CENTER

*E-FILED 6/22/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL STAPLES, | Case No. C-05-04647 RS |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND ORDER |
| NASA AMES RESEARCH CENTER, and DOES 1 through 5, | TRIAL DATE: November 27, 2006 |
| Defendants. | |

The parties to this action, through their attorneys of record, hereby stipulate and agree that the above-referenced action against NASA AMES RESEARCH CENTER (THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION – AMES RESEARCH CENTER) is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil

-1-

STIPULATION FOR DISMISSAL
Case No. C-05-04647 RS

1 | Procedure, Rule 41(a), and pursuant to the settlement agreement entered into by the parties to
2 | this action.

Dated: ~~May~~ June 20, 2006

Respectfully submitted,

JOSEPH COSTELLA & ASSOCIATES

By: *[signature]*
Frances H. Yoshimura
Thomas A. Douvan
Attorneys for Defendant
THE NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION - AMES
RESEARCH CENTER

Dated: 6/16, 2006

By: *[signature]*
William Dawson, Esq.
BUTTS & JOHNSON
Attorneys for Plaintiff
PAUL STAPLES

IT IS SO ORDERED.

June 22, 2006

*[signature]*
RICHARD SEEBORG
United States Magistrate Judge

-2-